# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

October 1, 2025

**BY ECF**

*Letter Motion GRANTED. Absent any further submission by the Government raising any other concerns, the Court will endeavor to allow Defendant to appear at his arraignment by video conference pursuant to FRCr.P 10(c) and the Defendant's request on October 7, 2025. The Government and defense counsel shall appear in person in Court. Defendant and defense counsel shall have cell phones available to speak confidentially if needed. If there are any issues, the arraignment will be adjourned to a future date.*

The Honorable Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*Dated: October 1, 2025*
*New York, New York*

**SO ORDERED.**

Re:    **United States v. Vladimir Artamonov**
       **25-CR-420 (JLR)**

**JENNIFER L. ROCHON**
**United States District Judge**

Dear Judge Rochon,

Vladimir Artamonov, through undersigned counsel, respectfully requests that the Court permit him to appear for his arraignment on October 7, 2025 by video. Mr. Artamonov currently resides with his parents in the District of Maryland. Importantly, Federal Rule of Criminal Procedure 10(c) provides that "[v]ideo teleconferencing may be used to arraign a defendant if the defendant consents. He does in fact consent to such a video proceeding.



Undersigned counsel has conferred with the government about this request. The government objects to the request due to concerns about technical difficulties and a desire to ensure Mr. Artamonov can consult with counsel more easily in person. The government thus prefers an in-person arraignment, even if such a proceeding needs to be rescheduled to a later date. Undersigned counsel has no objection to adjourning the arraignment to a later date; however, undersigned counsel also is not in a position at this time to represent when Mr. Artamonov would

be fit to travel to the Southern District of New York for his arraignment.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791



