**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

October 6, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Vladimir Artamonov**
      **25-CR-420 (JLR)**

Dear Judge Rochon,

Vladimir Artamonov, through undersigned counsel, respectfully requests that the Court adjourn the arraignment and initial conference scheduled for October 7, 2025 for a period of at least three weeks. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Accordingly, Mr. Artamonov asks the Court to adjourn his arraignment and initial conference for a period of at least three weeks, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Undersigned counsel has conferred with the government about this request, and the government has no objection. The parties would be available on the following dates for the arraignment and initial conference:

- Monday, October 27, 2025;
- Thursday, October 30, 2025; or
- Friday, October 31, 2025.

Mr. Artamonov has no objection to the exclusion of time under the Speedy Trial Act through the date of the next conference.

Second Letter Motion is GRANTED. The arraignment and initial conference is adjourned to from October 7, 2025 to **October 30, 2025 at 12:00 p.m.** Speedy trial time excluded until October 30, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interest of the Defendant and the public in a speedy trial in order to give Defendant the time requested to arrange to appear in this District and to discuss any potential resolution of this matter.

Dated: October 6, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

