

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

November 5, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Vladimir Artamonov*, **25 Cr. 420 (JLR)**

Dear Judge Rochon:

      The Government submits this letter with the consent of defense counsel for Vladimir Artamonov, to respectfully request that the Court enter the attached proposed protective order in the above-captioned matter.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney

By:   _____
                    Varun A. Gumaste
                    Daniel G. Nessim
                    Assistant United States Attorneys
                    (212) 637-1023/-2486

cc:    Kristoff Williams, Esq. (by ECF)