

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 13, 2025

**BY ECF**

Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Vladimir Artamonov*, 25 Cr. 420 (JLR)

Dear Judge Rochon:

    The Court previously set a deadline of November 13, 2025 for the parties to submit next steps and a proposed order for the appointment of an expert to conduct a competency evaluation of the defendant. The parties have identified and interviewed potential experts, but require additional time to make their proposals to the Court. The parties respectfully request that the Court's November 13 deadline be adjourned to Tuesday, November 18, 2025.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: /s/
    Varun Gumaste
    Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-1023 /-2486

cc: Defense Counsel (by ECF)

Request GRANTED. The deadline for the parties to submit proposals for next steps and a proposed order for the appointment of an expert to conduct a competency evaluation of the defendant is extended to **November 18, 2025**.

Date:    November 13, 2025
          New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**