

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 3, 2025

**BY ECF**

Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Vladimir Artamonov*, 25 Cr. 420 (JLR)

Dear Judge Rochon:

      The parties write to respectfully request an adjournment of December 9, 2025 status conference to a date during the week of January 19, 2026 (but for January 23, 2026). The competency process is not complete, and the parties will not have a material update for the currently scheduled date. The Government further moves, with the consent of the defendant, for an exclusion of time through the newly scheduled trial date. Although the Speedy Trial Act excludes delay resulting from competency examinations from the computation of Speedy Trial time, 18 U.S.C. § 3161(h)(1)(A), an exclusion would also be in the interests of justice for the same reason, 18 U.S.C. § 3161(h)(7)(A).

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

              by:  /s/
                        Varun Gumaste
                        Daniel G. Nessim
                        Assistant United States Attorneys
                        (212) 637-1023 /-2486

cc: Defense Counsel (by ECF)

Joint Letter Motion GRANTED. The status conference scheduled for December 9, 2025 is ADJOURNED until **January 20, 2026 at 3:30 p.m.** Given that the delay is due to a competency examination and an exclusion would be in the interests of justice, the Court will exclude time under the Speedy Trial Act until January 20, 2026.

**SO ORDERED.**

Date:  December 4, 2025
        New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**