UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 - v. -<br><br>VLADIMIR ARTAMONOV,<br><br>                                  Defendant. | 25-cr-00420 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The March 12, 2026 status conference in the above-captioned matter is rescheduled to

**March 11, 2026 at 4:00pm** in Courtroom 20B of the United States Courthouse, 500 Pearl

Street, New York, NY 10007.

Mr. Artamonov has presented good cause in support of his request to join the status

conference by video because of documented health issues that preclude him from traveling,

*see* Dkt. 29, and therefore his request is GRANTED.  A video conference link will be

provided to his counsel and he shall at all times maintain a telephone connection with his

counsel to permit him to speak with his counsel when needed.

Dated:  March 9, 2026
        New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge