UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

VLADIMIR ARTAMONOV,

Defendant.

25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 11, 2026, the Court ordered Defendant to submit letters from his physicians addressing the proposed competency assessment on March 23-24, 2026.   The Court received two letters from Defendants' physicians on March 16, 2026.  Dkt. 34.  Based on the information provided by Defendants' physicians, including that a "multi-hour evaluation poses medical risk" at this time due to Defendants' current medication condition, Dkt. 34-1, -2, the Court will not require Defendant to proceed with the competency examination on March 23-24, 2026.

Defendant must submit letters from his physicians addressed to the Court after his March 31, 2026 appointment, no later than April 7, 2026, that provide updated medical information and a specific timeline for scheduling the pending competency evaluation.  The Court expects that absent extenuating circumstances, the competency evaluation should take place in April or May 2026 and the Government shall work with Dr. Montalbano to determine available dates.

Dated: March 18, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge