UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

VLADIMIR ARTAMONOV,

Defendant.

25-cr-00420 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

On March 18, 2026, the Court granted an extension of the time for the Court-ordered competency examination with Dr. Montalbano but advised that absent extraordinary circumstances, this examination shall take place in April or May 2026.  Dkt. 36.  On April 7, 2026, as ordered by the Court, Defendant provided an update after his medical appointments in late March 2026.  Dkt. 39.  In his submission, Defendant asks that the examination be further delayed while he continues to recover from various medical conditions.  *Id.* at 2.  The Government opposes this extension request, arguing that the continued delay without a scheduled competency examination date deprives the public, the defendant's victims, and the Government of a speedy trial.  Dkt. 41.

The Court ORDERS that Defendant submit to a competency examination with Dr. Montalbano on **May 18 and 19, 2026**.  Defendant requested that a competency examination be conducted and, on November 24, 2025, the Court ordered a competency examination of Defendant by Dr Montalbano.  Dkt. 21.  Almost five months have passed and the Court has provided ample time and extensions for Defendant to participate in this examination.  While Defendant has encountered some health issues and extensions have been afforded to him, his condition is continuing to improve.  Indeed, Defendant was examined in late March 2026 and his doctors have provided an estimated recovery timeframe of four to eight weeks.  An

examination on May 18 and 19, 2026 balances the request for further time for Defendant to

continue his recovery with scheduling the conclusion of this phase of the case.

Dated: April 15, 2026
   New York, New York

   SO ORDERED.

   _____
   JENNIFER L. ROCHON
   United States District Judge