UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

VLADIMIR ARTAMONOV,

Defendant.

25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 8, 2026, the Court received two email communications from Defendant's father.

The Court will provide both communications to defense counsel and the Government.

Dated: May 8, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge