UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

VLADIMIR ARTAMONOV,

Defendant.

Case No. 1:25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the May 15, 2026 conference, Defendant is relieved of his obligation under this Court's April 15, 2026 Order, Dkt. 42, to appear for a competency examination with Dr. Montalbano on May 18 and 19, 2026. By May 21, 2026, the parties shall file a joint letter proposing new firm dates for the competency exam with Dr. Montalbano to take place the end of June or early July 2026.

Dated: May 15, 2026
        New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge