

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 21, 2026

Letter Motion GRANTED.  Mr. Artamonov is directed to appear for a competency evaluation with Dr. Montalbano on June 29 and 30, 2026.

**BY ECF & EMAIL**

Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dated: May 22, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

  Re: *United States v. Vladimir Artamonov*, 25 Cr. 420 (JLR)

Dear Judge Rochon:

  The parties write in response to the Court's order dated May 15, 2026, directing the parties to provide firm dates for the competency exam to take place at the end of June or early July 2026. The parties respectfully request that the Court order the defendant to appear for a competency evaluation with Dr. Montalbano on June 29 and 30, 2026. Dr. Montalbano is available on those dates.

  The defense additionally advises the Court that newly appointed counsel is currently examining whether there are any further concerns regarding Dr. Montalbano's appointment that were not yet presented to the Court, and whether a more suitable evaluator may be available on or before June 29. The defense will raise new objections to Dr. Montalbano's appointment, if any, in a letter to the Court no later than May 29, 2026. Regardless, the defendant commits to appear for a competency evaluation on or before June 29, whether with a court-appointed evaluator or by remand to BOP custody.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

  by: _____
      Varun A. Gumaste
      Daniel G. Nessim
      Assistant United States Attorneys
      (212) 637-1023 /-2486

cc: Counsel of Record (by ECF)