

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 15, 2026

Letter Motion GRANTED. The status conference is adjourned from January 17, 2026 to **July 14, 2026 at 10:00 a.m.** The Court finds that time is properly excluded under the STA under U.S.C. § 3161(h)(1)(A) and 18 U.S.C. § 3161(h)(7)(A) until July 14, 2026.

Dated: June 15, 2026    **SO ORDERED.**
       New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Vladimir Artamonov*, 25 Cr. 420 (JLR)

Dear Judge Rochon:

The Government submits this letter with the consent of defense counsel, to respectfully request an adjournment of the conference currently scheduled for June 17, 2026, in the above-captioned matter. The Court has ordered the defendant to submit to a competency evaluation on June 29 and 30, 2026, and the parties will not otherwise have a material update for the currently scheduled date. Accordingly, the parties request that the Court adjourn the conference until the week of July 13.

The Government further moves, with the consent of the defense, for the exclusion of time from June 17, 2026 through the newly scheduled date. Although the Speedy Trial Act excludes delay resulting from competency examinations from the computation of Speedy Trial time, 18 U.S.C. § 3161(h)(1)(A), an exclusion would also be in the interests of justice for the same reason, 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
    Varun A. Gumaste
    Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-1023 /-2486

cc: Counsel of Record (by ECF)