UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VLADIMIR ARTAMONOV,

Defendant.

Case No. 1:25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record, and on the agreement of all parties, it is hereby

ORDERED that Dr. Panzer shall promptly conduct a competency evaluation of defendant VLADIMIR ARTAMONOV and it shall be provided to the Court and the parties by **August 27, 2026** at **5:00 p.m.**; and it is further

ORDERED that the parties shall appear for a conference on **August 28, 2026** at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York; and it is further

ORDERED, that defendant VLADIMIR ARTAMONOV be designated to a suitable Bureau of Prisons ("BOP") facility for either (i) a psychological evaluation of the defendant and a report to assist the Court in determining whether the defendant is competent to stand trial, pursuant to 18 U.S.C. § 4247(b) or (ii) pursuant to 18 U.S.C. § 4241(d), upon a finding of the Court, or agreement by the parties, that the Defendant lacks competency; the Court will determine whether the defendant will be remanded pursuant to Section 4247(b) or Section 4241(d) by further order during the week of August 31, 2026; and it is further

ORDERED that the defendant VLADIMIR ARTAMONOV surrender to the designated facility within ten (10) days of designation but no earlier than **September 7, 2026**; and it is further

ORDERED that if defendant VLADIMIR ARTAMONOV is designated for a psychological evaluation under 18 U.S.C. § 4247(b), the BOP complete the evaluation of the defendant VLADIMIR ARTAMONOV as soon as possible and within 30 days of the defendant's arrival at the designated BOP facility; and it is further

ORDERED that, if defendant VLADIMIR ARTAMONOV is designated for a psychological evaluation under 18 U.S.C. § 4247(b), in connection with its evaluation, the BOP shall be provided with copies of any psychological reports regarding the defendant prepared by any psychologist or psychiatrist who has evaluated the defendant in connection with this case; and it is further

ORDERED that, if defendant VLADIMIR ARTAMONOV is designated for a psychological evaluation under 18 U.S.C. § 4247(b), as soon as possible following the conclusion of its psychological evaluation, the BOP submit to the Court and the parties a report regarding the results of its evaluation of the defendant, addressing whether the defendant is competent to stand trial.

The Court recommends that the defendant VLADIMIR ARTAMONOV be designated to a suitable BOP medical facility that is nearest to the Baltimore area.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 78.

Dated: August 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge