PERRY LAW

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

August 21, 2026

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *USA v. Vladimir Artamonov*, 25 Cr. 420 (JLR)**

Dear Judge Rochon:

The defense submits this letter with Dr. Dale Panzer's report concerning Mr. Artamonov's competency.[1] The defense requests that Dr. Panzer's report be filed under seal. In light of Dr. Panzer's conclusion that Mr. Artamonov is not competent to stand trial, the defense respectfully submits that further evaluation is unnecessary, and that Your Honor should find Mr. Artamonov not competent.

This Court has now received two expert reports concerning Mr. Artamonov's competency. The first, prepared by Dr. Paul Montalbano, found several indicators of significant impairment and potential evidence of feigning. Dkt. 79. The second, prepared by Dr. Panzer, definitively concludes that Mr. Artamonov is not competent, and also resolves any doubt raised by Dr. Montalbano regarding possible feigning. According to Dr. Panzer's own observations of Mr. Artamonov's behavior and affect, forensic testing conducted by Dr. Panzer and interpreted by a forensic psychologist, and contemporaneous records from Mr. Artamonov's treating providers, Mr. Artamonov's impairment is genuine.

Dr. Panzer's report also rebuts Dr. Montalbano's concern that Mr. Artamonov's current condition may be the result of a lack of consistent medication, and his recommendation that inpatient observation is necessary to ensure Mr. Artamonov is taking his prescribed medications before this Court rules on competency. As Dr. Panzer notes, Mr. Artamonov's medical records adequately demonstrate that he has, in fact, adhered to his medication regime. Accordingly, further evaluation is unnecessary, inefficient, and needlessly harmful.

As discussed at the August 13, 2026, status conference, remanding Mr. Artamonov to custody for further examination, as Dr. Montalbano and the government recommend, is also very

[1] Dr. Panzer is double-board certified in psychiatry and brain injury medicine and has decades of experience treating and evaluating individuals with [redacted], as well as expertise on the impact of [redacted] on psychiatric conditions. Dr. Panzer met with Mr. Artamonov over eight hours and reviewed dozens of records related to Mr. Artamonov's psychiatric history—the same records that Dr. Montalbano reviewed for his report.

likely to negatively impact his mental state, and could delay competency proceedings by months. Dr. Panzer's report cites multiple medical opinions that Mr. Artamonov's symptoms would worsen from the stress of certain legal proceedings. We respectfully submit that the same would be true if he were remanded to custody. Importantly, the impact on Mr. Artamonov's mental state could also undermine the reliability of any evaluation conducted in an inpatient setting. Because the Court already has two expert opinions to consider, such evaluation—and the months-long delay it would likely entail—is unnecessary.

The defense respectfully submits that the Court has sufficient evidence to make a determination as to Mr. Artamonov's competency, and it should find Mr. Artamonov not competent.

Respectfully submitted,

*/s/ E. Danya Perry*

E. Danya Perry (No. 2839983)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Email: dperry@danyaperrylaw.com
Telephone: (212) 840-7939
Facsimile: (646) 849-9609

*Attorney for Defendant Vladimir Artamonov*

cc: All counsel of record (by ECF)