UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>VLADIMIR ARTAMONOV,<br><br>Defendant. | 25-cr-00420 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Upon the application of JAMES M. MCDONALD, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Daniel G. Nessim and Varun A. Gumaste, and upon the record of proceedings in this matter to date, and for the reasons stated on the record at the August 26, 2026 conference, it is hereby

ORDERED, pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b), that the defendant VLADIMIR ARTAMONOV be designated to a suitable Bureau of Prisons ("BOP") facility so that a psychological evaluation of the defendant can be performed and a report can be issued to assist the Court in determining whether the defendant is competent to stand trial; and it is further

ORDERED that the defendant VLADIMIR ARTAMONOV surrender to the designated facility ten (10) days from designation; and it is further

ORDERED that the BOP complete the evaluation of the defendant VLADIMIR ARTAMONOV as soon as possible and at least within 30 days of the defendant's arrival at the designated BOP facility; and it is further

ORDERED that, in connection with its evaluation, the BOP shall be provided with copies of any psychological reports regarding the defendant prepared by any psychologist or psychiatrist who has evaluated the defendant in connection with this case; and it is further

ORDERED that, as soon as possible following the conclusion of its psychological evaluation, the BOP submit to the Court and the parties a report regarding the results of its evaluation of the defendant, addressing whether the defendant is competent to stand trial.

The Court hereby recommends that the defendant VLADIMIR ARTAMONOV be designated to a suitable BOP medical facility that is nearest to Baltimore.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 83.

Dated: August 26, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge