UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VLADIMIR ARTAMONOV,

Defendant.

Case No. 1:25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendant's letter regarding a third competency evaluation. Dkt. 90. The Government shall file its response to this letter by **September 4, 2026.**

Dated: September 2, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge