**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 10, 2026

Letter Motion GRANTED. Defendant's surrender date is extended to September 21, 2026.

Date: September 10, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Vladimir Artamonov*, 25 Cr. 420 (JLR)**

Dear Judge Rochon:

The Government respectfully writes, with the defendant's consent, regarding the defendant's surrender date for his Court-ordered competency evaluation. In the Court's August 27, 2026 order directing that the defendant be designated to a suitable Bureau of Prisons ("BOP") facility for a competency evaluation, the Court ordered that the defendant surrender to the designated facility within ten days from designation. (Dkt. 89). Earlier today, the Government was informed by the Marshals that the defendant was designated to a BOP facility on August 31, 2026 and his surrender date is today. However, because the parties were not previously notified of the designation, the parties respectfully request that the Court adjourn the defendant's surrender date by ten days.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Varun A. Gumaste
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1023 /-2486

cc: Counsel of Record (by ECF)