UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VLADIMIR ARTAMONOV,

Defendant.

Case No. 1:25-cr-00420 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 27, 2026, the Court ordered, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), that Defendant Vladimir Artamonov ("Defendant") be designated to a suitable Bureau of Prisons ("BOP") facility so that a psychological evaluation can be performed and a report be issued to assist the Court in determining whether Defendant is competent to stand trial. Dkt. 89 (the "Order"). Defendant was subsequently designated to a suitable facility and, on September 21, 2026, surrendered to such facility. *See* Dkt. 96.

On October 6, 2026, the BOP provided a letter to the Court requesting an additional 15 days to complete its mental health evaluation of Defendant Vladimir Artamonov ("Defendant"), pursuant to 18 U.S.C. § 4247. *See* Exhibit A. The BOP requested the extension "due to the volume of information related to the case and to allow clinical staff sufficient time to conduct a thorough examination." *Id.* On October 6, 2026, the Court informed the parties that any responses to the BOP letter shall be filed by October 9, 2026. *See* Exhibit B. On October 9, 2026, the Government filed a letter in response, supporting the BOP's request. Dkt. 99. Defendant did not file a response.

Pursuant to 18 U.S.C. § 4247(b), after a "psychiatric or psychological examination" is ordered by the Court under 18 U.S.C. § 4241, "the court may commit the person to be examined

for a reasonable period, but not to exceed thirty days." 18 U.S.C. § 4247(b). "The director of the facility may apply for a reasonable extension, but not to exceed fifteen days . . . upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant." *Id.*

The Court understands that the BOP has reached out to the parties to collect a variety of information and that the "Government has provided the BOP with significant materials." Dkt. 99 at 1. Permitting the BOP additional time to review "the volume of information related to the case" in order to allow the clinical staff "sufficient time to conduct a thorough evaluation" will ensure that Court is presented with a thorough and comprehensive report. Exhibit A. Finally, Defendant did not file an opposition to this request.

Therefore, the Court finds good cause for BOP's request for a 15-day extension and GRANTS the request under 18 U.S.C. § 4247(b). The evaluation shall be completed by **November 4, 2026**.

Dated: October 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge

# EXHIBIT A

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center
Lexington, Kentucky
3301 Leestown Road
*Lexington, KY 40511-8799*

*Office of the Warden*

October 1, 2026

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: Name: ARTAMONOV, Vladimir
Case No.: 1:25-cr-00420
Reg. No.: 10767-512

Dear Judge Rochon:

Your Court Order, dated August 26, 2026, committed Vladimir Artamonov to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Artamonov arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on September 21, 2026. Pursuant to Title 18, United States Code, Section 4247, the evaluation period of 30 days began the day he arrived at our facility. Pursuant to Title 18, United States Code, Section 4247, we are respectfully requesting an extension which would allow an additional 15 days to complete the evaluation. This extension is respectfully requested due to the volume of information related to the case and to allow clinical staff sufficient time to conduct a thorough evaluation. Under such a time frame, the evaluation would be completed by November 4, 2026, and a report would be available to the Court by December 2, 2026. .

If you have any concerns or questions regarding this case, please do not hesitate to contact myself or the evaluating clinician, Dr. Kristen McDaniel at (859)255-6812. We respectfully submit this letter to the Court.

Sincerely,

E. Norris
Warden

# EXHIBIT B

| | |
|---|---|
| **From:** | Rochon NYSD Chambers |
| **To:** | Torie Feldman; E. Danya Perry; Nessim, Daniel (USANYS); Gumaste, Varun (USANYS) |
| **Cc:** | Aisha Bams |
| **Subject:** | 1:25-cr-00420 Artamonov 4241b Psychological Evaluation |
| **Date:** | Tuesday, October 6, 2026 3:59:00 PM |
| **Attachments:** | Artamonov Letter.pdf |

Counsel:

In case number 25-cr-00420, the Court received the attached letter from the Bureau of Prisons today. If any party wishes to respond to this letter, responses shall be filed by October 9, 2026.

Best,

Chambers of the Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
RochonNYSDChambers@nysd.uscourts.gov
Office: (212) 805-0204

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Medical Center
Lexington, Kentucky
3301 Leestown Road
*Lexington, KY 40511-8799*

*Office of the Warden*

October 1, 2026

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE: Name: ARTAMONOV, Vladimir
Case No.: 1:25-cr-00420
Reg. No.: 10767-512

Dear Judge Rochon:

Your Court Order, dated August 26, 2026, committed Vladimir Artamonov to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Artamonov arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on September 21, 2026. Pursuant to Title 18, United States Code, Section 4247, the evaluation period of 30 days began the day he arrived at our facility. Pursuant to Title 18, United States Code, Section 4247, we are respectfully requesting an extension which would allow an additional 15 days to complete the evaluation. This extension is respectfully requested due to the volume of information related to the case and to allow clinical staff sufficient time to conduct a thorough evaluation. Under such a time frame, the evaluation would be completed by November 4, 2026, and a report would be available to the Court by December 2, 2026. .

If you have any concerns or questions regarding this case, please do not hesitate to contact myself or the evaluating clinician, Dr. Kristen McDaniel at (859)255-6812. We respectfully submit this letter to the Court.

Sincerely,

E. Norris
Warden