PERRY LAW

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

Letter Motion GRANTED. The status conference is adjourned from October 27, 2026 to **December 8, 2026 at 10:00 a.m.** Speedy trial time is excluded until December 8, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial to permit completion of results from Defendant's competency evaluation.

Dated: October 21, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

October 20, 2026

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *USA v. Vladimir Artamonov*, 25 Cr. 420 (JLR)**

Dear Judge Rochon:

The defense submits this letter with the consent of the government, to respectfully request an adjournment of the conference currently scheduled for October 27, 2026, in the above-captioned matter. The parties are awaiting the BOP's report regarding the defendant's competency to stand trial, which is expected to be completed by December 2, 2026, and will not otherwise have a material update for the currently scheduled date. Accordingly, the parties request that the Court adjourn the conference until December 8, December 9, before 3:00 p.m., or December 10, before 5:00p.m. The parties will be prepared at that time to address their respective positions regarding the BOP's competency report and, if necessary, the schedule for a competency hearing.

The defense consents to the exclusion of time from October 27, 2026 through the newly scheduled date. Although the Speedy Trial Act excludes delay resulting from competency examinations from the computation of Speedy Trial time, 18 U.S.C. § 3161(h)(1)(A), an exclusion would also be in the interests of justice for the same reason, 18 U.S.C. § 3161(h)(7)(A).

Sincerely,

*/s/ E. Danya Perry*
E. Danya Perry (No. 2839983)
Perry Law
445 Park Avenue, 7th Floor
New York, NY 10022
Email: dperry@danyaperrylaw.com
Telephone: (212) 840-7939
Facsimile: (646) 849-9609

*Attorney for Defendant Vladimir Artamonov*

cc: All counsel of record (by ECF)